# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARCUS DEES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. CIV-09-300-M |
| BRIAN HALL, Trust Fund Sup., | ) ) ) |
| Defendant. | ) |

## ORDER

On September 9, 2009, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action. The Magistrate Judge recommended that the Court revoke plaintiff's pauper status and order plaintiff to pay the remainder of the $350.00 filing fee within twenty days. Plaintiff was advised of his right to object to the Report and Recommendation by September 29, 2009. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on September 9, 2009,

(2) REVOKES plaintiff's pauper status, and

(3) ORDERS plaintiff to pay the remainder of the $350.00 filing fee within twenty (20) days of the date of this Order.

**IT IS SO ORDERED this 19th day of October, 2009.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE